**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CYNTHIA COOK, *et al.* | * | |
| | * | |
|    *Plaintiffs* | * | |
| | * | |
| v. | * | Case No. 1:12-cv-00641-RJL |
| | * | The Honorable Richard J. Leon |
| WASHINGTON HOSPITAL CENTER | * | |
| CORPORATION | * | |
| | * | |
|    *Defendant* | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the parties to the above captioned matter, by and through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal, with prejudice, of all claims as to all parties. The parties will bear their own costs.

                                                 Respectfully submitted,

| | |
|---|---|
|    */s/ John C. Lowe* | */s/ Daniel C. Costello* |
| John C. Lowe #427019 | Daniel C. Costello #431217 |
| John Lowe, PC | Timothy D. Fisher #501796 |
| 5920 Searl Terrace | Wharton Levin Ehrmantraut & Klein, P.A. |
| Bethesda, MD 20816 | 104 West Street, P.O. Box 551 |
| (301) 320-3300 | Annapolis, MD 21404-0551 |
| *Attorney for Plaintiffs* | Phone: 410-263-5900/Fax: 410-280-2230 |
| | *Attorneys for Defendant* |

   */s/Michael M. Wilson*
Michael M. Wilson #941674
1120 19th Street, NW, Suite LL-11
Washington, DC 20036
(202) 223-4488
Fax (202) 280-1414
Wilson@wilsonlaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this    28th    day of          December         , 2012, a copy of the foregoing was served electronically and sent via first-class mail, postage prepaid, to:

Michael M. Wilson, Esq.
1120 19th Street, NW, Suite LL-11
Washington, D.C. 20036
*Co-Counsel for Plaintiffs*

John C. Lowe, Esq.
John Lowe, P.C.
5920 Searl Terrance
Bethesda, MD 20816
*Co-Counsel for Plaintiffs*

                                              */s/ Daniel C. Costello*
                                              Daniel C. Costello #431217